UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:13-cr-108-T-30MAP

GABRIEL JAMES BROWN, JR.

## PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture (Doc. 52) for the following firearm and ammunition: a Cobra CB, Big Bore Series, .380 caliber handgun (serial number obliterated) and Winchester .380 caliber ammunition. Being fully advised in the premises, the Court finds as follows:

WHEREAS, the defendant has been convicted of possession of a firearm in furtherance of a crime of violence, as charged in Counts Nine and Eleven of the Superseding Indictment; and

WHEREAS, the United States has established the requisite *nexus* between the defendant's crimes of conviction and the property identified above, the government is now entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure. Accordingly, it is hereby

**ORDERED** that the motion of the United States (Doc. 52) is GRANTED.

Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, all right, title, and interest of defendant Gabriel James Brown, Jr., in the firearm and ammunition identified above are hereby FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of the firearm and ammunition, and to address any third party interests that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on September 19, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel/Parties of Record

F:\Docs\2013\13-cr-108 forfeit 52.wpd